Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Serge Pentsak and Monika Pasek,

          Plaintiff(s),

v.

Coopervision, Inc.; et al.

          Defendant(s).

Case No: 4:15-cv-01097

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
**(CIVIL LOCAL RULE 11-3)**

I, Elizabeth A. Fegan, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Serge Pentsak and Monika Pasek in the above-entitled action. My local co-counsel in this case is Jeff D. Friedman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1144 West Lake Street, Suite 400<br>Oak Park, Illinois 60301 | 715 Hearst Ave., Suite 202<br>Berkeley, California 94710 |
| MY TELEPHONE # OF RECORD:<br>(708) 628-4949 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD:<br>beth@hbsslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jefff@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6229226.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/16/15

                                        Elizabeth A. Fegan
                                        APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elizabeth A. Fegan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/25/2015

                                        /s/ Haywood S. Gill Jr.
                                      UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Elizabeth A. Fegan

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Elizabeth A. Fegan was duly admitted to practice in said Court on (12/20/1995) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/16/2015 )

Thomas G. Bruton , Clerk,
By: Jannette Nunez
Deputy Clerk